**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Danny MOSLEY, Defendant-Appellant.**

**No. 49455.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 8, 1986.

Susan L. Hogan, Columbia, for defendant-appellant.

William L. Webster, Paul Larose, Jefferson City, for plaintiff-respondent.

## ORDER

PER CURIAM.

This is an appeal from a jury conviction of burglary in the first degree, Sec. 569.160 RSMo.1978. Appellant claims there was insufficient evidence to support the conviction and contends the trial court erred in denying his motion for judgment of acquittal at the close of all the evidence. No precedential purpose would be served by a written opinion.

The judgment is affirmed. Rule 30.25(b).